JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email:  joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Tesla Motors, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LYNN THOMPSON,<br><br>   Plaintiff,<br><br>vs.<br><br>TESLA MOTORS, INC.; ONQGLOBAL, INC.; DOES 1-50,<br><br>   Defendants. | Case No. 3:21-cv-00238-HDM-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TESLA MOTORS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Lynn Thompson ("Plaintiff"), through his counsel Watkins & Letofsky, LLP, and Defendant Tesla Motors, Inc. ("Tesla"), through its counsel Jackson Lewis P.C., that Tesla shall have a 14-day extension up to and including Tuesday, September 21, 2021, in which to file a response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

   1.   Tesla's response to the Complaint is currently due on September 7, 2021.

   2.   Due Tesla's counsel's obligations in other cases, Tesla requires additional time to prepare its response to the Complaint.

   3.   This is the first request for an extension of time for Tesla to file a response to Plaintiff's Complaint.

   4.   This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

5. Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

DATED this 7th day of September, 2021.

| WATKINS & LETOFSKY, LLP | JACKSON LEWIS P.C. |
|---|---|
| /s/ Michael A. DiRenzo<br>MICHAEL A. DiRENZO, ESQ.<br>Nevada Bar No. 13104<br>8935 S. Pecos Road, Ste. 22A<br>Henderson, Nevada 89074 | /s/ Joshua A. Sliker<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>300 South Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff*<br>*Lynn Thompson* | *Attorneys for Defendant*<br>*Tesla Motors, Inc.* |

**ORDER**

IT IS SO ORDERED:

*William G. Cobb*
United States Magistrate Judge

Dated: September 8, 2021

4823-6260-1978, v. 1