Sean Hood, Esq.
Nevada State Bar No. 10371
Shannon S. Pierce, Esq.
Nevada State Bar No. 12471
Wade Beavers, Esq.
Nevada State Bar No. 13451
FENNEMORE CRAIG, P.C.
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Tel: (702) 692-8000 / Fax: (702) 692-8099
Email: shood@fennemorelaw.com; spierce@fennemorelaw.com;
wbeavers@fennemorelaw.com

*Attorneys for OnQGlobal, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LYNN THOMPSON,<br><br>            Claimant,<br><br>vs.<br><br>TESLA MOTORS, INC.; ELON MUSK; ONQGLOBAL, INC., DOES 1-50,<br><br>            Respondents. | Case No.  3:21-cv-00238-HDM-WGC<br><br>**ONQGLOBAL, INC.'S JOINDER TO TESLA MOTORS, INC.'S MOTION TO STAY CASE PENDING COMPLETION OF ARBITRATION [ECF NO. 13]** |

Defendant ONQGLOBAL, INC. ("OnQ"), by and through its undersigned counsel of record, and as its response to the Complaint pursuant to Fed. R. Civ. P. 12(b), hereby submits its Joinder to Tesla Motors, Inc.'s ("Tesla") Motion to Stay Case Pending Completion of Arbitration [ECF No. 13] ("Motion").

///

///

///

///

///

///

///

18928470.2/047250.0002

1    OnQ hereby incorporates all arguments, facts, and analysis set forth in the Motion, and in
2  the exhibits thereto, and requests that, based on the same, these proceedings be stayed as to all
3  parties pending completion of arbitration.

4    OnQ's joinder shall serve as its response to the pleading filed by Lynn Thompson in this
5  matter (ECF No. 1).  *See §1360 Preliminary Motions Not Enumerated in Rule 12(b)*, 5C Fed. Prac.
6  & Proc. Civ. § 1360 (3d ed.) (noting that a motion to stay pending arbitration has been treated as a
7  substitute for a responsive pleading and can be brought under the scope of Fed. R. Civ. P. 12(b)).

Dated: October 15, 2021.          **FENNEMORE CRAIG, P.C.**

By: */s/ Wade Beavers*
Sean Hood, Esq.
Nevada State Bar No. 10371
Shannon S. Pierce, Esq.
Nevada State Bar No. 12471
Wade Beavers, Esq.
Nevada State Bar No. 13451
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Tel: (702) 692-8000 / Fax: (702) 692-8099
Email: shood@fennemorelaw.com;
spierce@fennemorelaw.com;
wbeavers@fennemorelaw.com

*Attorneys for OnQGlobal, Inc.*

18928470.2/047250.0002

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b), I certify that on October 15, 2021, a true and correct copy of **DEFENDANT ONQGLOBAL, INC.'S JOINDER TO TESLA MOTORS, INC.'S MOTION TO STAY CASE PENDING COMPLETION OF ARBITRATION [ECF NO. 13]** was transmitted electronically through the Court's e-filing electronic notice system to the attorneys associated with this case:

Daniel R. Watkins, Esq.
Michael Anthony DiRenzo, Esq,
WATKINS & LETOFSKY, LLP
8935 S. Pecos Road, Suite 22A
Henderson, Nevada 89074
dw@wl-llp.com
mdirenzo@wl-llp.com
*Attorneys for Plaintiff Lynn Thompson*

Joshua A. Sliker, Esq.
JACKSON LEWIS, P.C.
300 S. Fourth Street
Las Vegas, Nevada 89101
Joshua.sliker@jacksonlewis.com
*Attorneys for Defendant Tesla Motors, Inc.*

                                                  */s/ Sarah Hope*
                                                  Employee of Fennemore Craig, P.C.

FENNEMORE CRAIG
ATTORNEYS
300 S. Fourth Street
Suite 1400
LAS VEGAS, NEVADA 89101
(702) 692-8000

3

18928470.2/047250.0002