Sean Hood, Esq.
Nevada State Bar No. 10371
Shannon S. Pierce, Esq.
Nevada State Bar No. 12471
Wade Beavers, Esq.
Nevada State Bar No. 13451
FENNEMORE CRAIG, P.C.
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Tel: (702) 692-8000 / Fax: (702) 692-8099
Email: shood@fennemorelaw.com; spierce@fennemorelaw.com; wbeavers@fennemorelaw.com

*Attorneys for OnQGlobal, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LYNN THOMPSON,<br><br>    Claimant,<br><br>vs.<br><br>TESLA MOTORS, INC.; ELON MUSK; ONQGLOBAL, INC., DOES 1-50,<br><br>    Respondents. | Case No. 3:21-cv-00238-HDM-WGC<br><br>**ONQGLOBAL, INC.'S JOINDER TO TESLA MOTORS, INC.'S REPLY IN SUPPORT OF MOTION TO STAY CASE PENDING COMPLETION OF ARBITRATION [ECF NO. 17]** |

Defendant ONQGLOBAL, INC. ("OnQ"), by and through its undersigned counsel of record, hereby submits its Joinder to Tesla Motors, Inc.'s ("Tesla") Reply in Support of its Motion to Stay Case Pending Completion of Arbitration [ECF No. 17] ("Reply").

OnQ hereby incorporates all arguments, facts, and analysis set forth in the Reply and requests that, based on the same, these proceedings be stayed as to all parties pending completion of arbitration.

In addition, OnQ notes that the considerations that support a stay of these proceedings pending resolution of certain critical factual issues in the ongoing arbitration apply to Tesla and OnQ equally. A court's exercise of its discretion to stay non-arbitrable claims pending completion of a parallel arbitration is appropriate where the arbitrable claims predominate, or where the outcome of the non-arbitrable claims will depend upon the arbitrator's decision. *See, e.g., United*

FENNEMORE CRAIG
ATTORNEYS
300 S. Fourth Street
Suite 1400
LAS VEGAS, NEVADA 89101
(702) 692-8000

18976801.1/047250.0002

1  *Communications Hub, Inc. v. Qwest Communications, Inc.*, 46 Fed.Appx. 412, 2002 WL 1963592
2  (9th Cir. Aug. 23, 2002) (citing *Simitar Entertainment, Inc. v. Silva Entertainment, Inc.*, 44
3  F.Supp.2d 986 (D. Minn. 1999)).

4        As noted in Tesla's Reply and in its Motion to Stay Case Pending Completion of
5  Arbitration (ECF No. 13, "Motion"), Thompson's Second Amended Complaint in the pending
6  arbitration includes a claim against both Tesla **and** OnQ for misclassification as an independent
7  contractor and wage and hour claims. *See, e.g.,* Motion, ECF No. 13 at 3-4, ECF No. 13-6
8  (Thompson's Second Amended Complaint in Arbitration).

9        The arbitrator's determination that Thompson was properly classified as an independent
10 contractor of OnQ will dispose of Thompson's Sarbanes-Oxley Act ("SOX") claim against OnQ in
11 this matter, because such claims can only arise in an employee-employer relationship. *See, e.g.,*
12 Reply, ECF No. 17 at 2-3; *Musin v. Honeywell International, Inc.*, 2020 WL 7321064 (D. Nev.
13 Dec. 11, 2020) ("The plain text of the Sarbanes-Oxley Act protects 'employees' from retaliation.")
14 (citing 18 U.S.C. § 1514A(a)). Other factual issues to be resolved at arbitration, including issues
15 relating to Thompson's performance and the appropriateness of his conduct during his time at the
16 Gigafactory, will bear directly on the merit of any SOX claim against either Tesla or OnQ should
17 this matter continue. The parties and issues significantly overlap between this proceeding and the
18 arbitration proceeding. *See, e.g., Neal v. Asta Funding, Inc.*, 2014 WL 131770 (D. N.J. Jan. 6,
19 2014).

20       Other considerations relevant to the Court's consideration of a stay, including the balance
21 of burdens and hardships to the parties from litigating the two matters concurrently and initiating
22 discovery in this matter while preparing for the arbitration hearing in the other, apply equally to
23 OnQ and Tesla and weigh in favor of granting a stay. *See* Motion, ECF No. 13 at 2-8 (citing
24 *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)); Reply, ECF No. 17 at 3-4.
25 //
26 //
27
28

18976801.1/047250.0002

FENNEMORE CRAIG
ATTORNEYS
300 S. Fourth Street
Suite 1400
LAS VEGAS, NEVADA 89101
(702) 692-8000

1 | OnQ respectfully requests the Court stay these proceedings pending completion of arbitration.

Dated: October 22, 2021.

**FENNEMORE CRAIG, P.C.**

By: */s/ Wade Beavers*
Sean Hood, Esq.
Nevada State Bar No. 10371
Shannon S. Pierce, Esq.
Nevada State Bar No. 12471
Wade Beavers, Esq.
Nevada State Bar No. 13451
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Tel: (702) 692-8000 / Fax: (702) 692-8099
Email: shood@fennemorelaw.com;
spierce@fennemorelaw.com;
wbeavers@fennemorelaw.com

*Attorneys for OnQGlobal, Inc.*

FENNEMORE CRAIG
ATTORNEYS
300 S. Fourth Street
Suite 1400
LAS VEGAS, NEVADA 89101
(702) 692-8000

3

18976801.1/047250.0002

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that on October 22, 2021, a true and correct copy of **DEFENDANT ONQGLOBAL, INC.'S JOINDER TO TESLA MOTORS, INC.'S REPLY IN SUPPORT OF MOTION TO STAY CASE PENDING COMPLETION OF ARBITRATION** was transmitted electronically through the Court's e-filing electronic notice system to the attorneys associated with this case:

Daniel R. Watkins, Esq.
Michael Anthony DiRenzo, Esq,
WATKINS & LETOFSKY, LLP
8935 S. Pecos Road, Suite 22A
Henderson, Nevada 89074
dw@wl-llp.com
mdirenzo@wl-llp.com
*Attorneys for Plaintiff Lynn Thompson*

Joshua A. Sliker, Esq.
JACKSON LEWIS, P.C.
300 S. Fourth Street
Las Vegas, Nevada 89101
Joshua.sliker@jacksonlewis.com
*Attorneys for Defendant Tesla Motors, Inc.*

                                                       */s/ Debbie Sorensen*
                                                      Employee of Fennemore Craig, P.C.

FENNEMORE CRAIG
ATTORNEYS
300 S. Fourth Street
Suite 1400
LAS VEGAS, NEVADA 89101
(702) 692-8000

18976801.1/047250.0002

4