**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LYNN THOMPSON,<br><br>          Plaintiff,<br><br>     v.<br><br>TESLA MOTORS, INC., and ONQGLOBAL, INC.,<br><br>          Defendants. | Case No. 3:21-cv-00238-HDM-CSD<br><br>**ORDER** |

On November 3, 2021, the court granted the defendants' motion to stay proceedings pending arbitration set to take place in January 2022. The parties are hereby ordered to advise the court of the status of the arbitration proceedings and whether the stay of this action should be lifted no later than April 14, 2022.

IT IS SO ORDERED.

DATED: this 4th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE