# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LYNN THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA MOTORS, INC., and ONQGLOBAL, INC.,<br><br>    Defendants. | Case No. 3:21-cv-00238-HDM-CSD<br><br>**ORDER** |

On April 4, 2022, the court directed the parties to advise the court of the status of the arbitration proceedings and whether the stay of this action should be lifted. In response to the court's order, plaintiff's counsel of record indicates that the plaintiff has obtained new counsel to represent him in this action but that no substitution of counsel has been signed or filed to date. Plaintiff's current counsel therefore requests a two-week extension of time for the plaintiff to respond to the court's order and file a substitution of counsel. Good cause appearing, the request is GRANTED. The plaintiff shall have until April 28, 2022, to file a status report in response to the court's April 4, 2022, order.

IT IS SO ORDERED.

DATED: this 15th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE