1  **JENNY L. FOLEY, Ph.D., ESQ.**
   Nevada Bar No. 9017
2  E-mail: jfoley@hkm.com
   **HKM EMPLOYMENT ATTORNEYS LLP**
3  101 Convention Center Drive, Suite 600
4  Las Vegas, Nevada 89109
   Tel: (702) 805-8340
5  Fax: (702) 805-8340
   *Attorneys for Plaintiff*
6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| LYNN THOMPSON, | CASE NO.: 3:21-cv-00238-HDM-CSD |
| --- | --- |
| Plaintiff, | ORDER GRANTING |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' FILINGS** |
| TESLA MOTORS, INC.; ELON MUSK; ONQGLOBAL, INC.; DOES 1-50, | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, the parties Plaintiff LYNN THOMPSON and Defendants TESLA MOTORS, INC. and ONQGLOBAL, INC., by and through their respective counsel of record hereby stipulate to extend the time for Plaintiff to file his Response to: Defendant OnQGlobal, Inc.'s Rule 12(B)(6) Motion to Dismiss [ECF No. 42]; Defendant OnQGlobal, Inc.'s Request for Judicial Notice in Support of Defendant OnQGlobal, Inc.'s Rule 12(B)(6) Motion to Dismiss [ECF No. 43]; Defendant Tesla Motors, Inc.'s Motion to Dismiss Plaintiff's Complaint [ECF No. 44]; Defendant Tesla Motors, Inc.'s Motion to Confirm Arbitration Award [ECF No. 45]; Defendant Tesla Motors, Inc.'s: (1) Request for Judicial Notice of Adjudicative Facts; and (2) Joinder to OnQGlobal, Inc.'s Request for Judicial Notice [ECF Nos. 46 & 47]; Defendant Tesla Motors, Inc.'s Motion to Stay Discovery Pending Decision on Motion to Dismiss [ECF No. 48]; Defendant OnQGlobal, Inc.'s Joinder to Defendant Tesla Motors, Inc.'s: (1) Motion to Dismiss [ECF No. 44]; (2) Request for Judicial

Page **1** of **3**

Notice [ECF No. 46]; and (3) Motion to Stay Discovery [ECF No. 48] [ECF Nos. 49, 50, & 51].

Defendant OnQGlobal filed a Rule 12(B)(6) Motion to Dismiss on June 1, 2022 [ECF No. 42]. On that same date, June 1, 2022, Defendant OnQGlobal filed a Request for Judicial Notice in Support Defendant OnQGlobal, Inc.'s Rule 12(B)(6) Motion to Dismiss [ECF No. 43]. The current deadline for Plaintiff to file his response is June 14, 2022.

Defendant Tesla Motors, Inc. filed a Motion to Dismiss Plaintiff's Complaint on June 3, 2022 [ECF No. 44]. On that same date, June 3, 2022, Defendant Tesla Motors, Inc. filed a Motion to Confirm Arbitration Award [ECF No. 45]. Defendant Tesla Motors, Inc. also filed a Request for Judicial Notice of Adjudicative Facts and Joinder to OnQGlobal, Inc.'s Request for Judicial Notice [ECF Nos. 46 & 47] on June 3, 2022. Finally, Defendant Tesla Motors, Inc. filed a Motion to Stay Discovery Pending Decision on Motion to Dismiss on June 3, 2022 [ECF No. 48].

Defendant OnQGlobal, Inc. then filed a Joinder to Defendant Tesla Motors, Inc.'s: (1) Motion to Dismiss [ECF No. 44]; (2) Request for Judicial Notice [ECF No. 46]; and (3) Motion to Stay Discovery [ECF No. 48] on June 6, 2022 [ECF Nos. 49, 50, & 51].

Accordingly, Plaintiff must file: 1) his responses to ECF Nos. 42 & 43 by June 15, 2022; 2) his responses to ECF Nos. 44, 45, 46, 47, & 48 by June 17, 2022; and 3) his responses to ECF Nos. 49, 50, & 51 by June 20, 2022.

Due to the sheer volume of filings that Plaintiff must respond to, Plaintiff seeks an extension to respond to all of the filings until June 28, 2022. The basis for this request is that Plaintiff's counsel needs time to thoroughly review and respond to each and every filing. Plaintiff's counsel must also discuss many issues that have arisen in these filings with Plaintiff. This request is made in good faith and not for the purposes of delay.

/ / /

/ / /

/ / /

/ / /

The parties stipulate and agree through their respective counsel that the Court grant Plaintiff an extension of time, up to and including June 28, 2022, to file his Responses.

Dated this 15th day of June 2022.                                    Dated this 15th day of June 2022.

**HKM EMPLOYMENT ATTORNEYS LLP**               **FENNEMORE CRAIG, P.C.**

/s/ Jenny L. Foley                                                         /s/ Shannon S. Pierce
**JENNY L. FOLEY, Ph.D., ESQ.**                              **SHANNON S. PIERCE, ESQ.**
Nevada Bar No. 9017                                                  Nevada Bar No. 12471
101 Convention Center Drive, Suite 600              9275 W. Russell Road, Suite 240
Las Vegas, Nevada 89109                                        Las Vegas, NV 89148
Tel: (702) 805-8340                                                   Tel: (702) 692-8000
Fax: (702) 805-8340                                                  Fax: (702) 692-8099
E-mail: jfoley@hkm.com                                           E-mail: spierce@fennemorelaw.com
*Attorneys for Plaintiff*                                                *Attorneys for OnQGlobal, Inc.*

Dated this 15th day of June 2022.

**JACKSON LEWIS P.C.**

/s/ Joshua A. Sliker
**JOSHUA A. SLIKER, ESQ.**
Nevada Bar No. 12493
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
E-mail: Joshua.sliker@jacksonlewis.com
*Attorneys for Tesla Motors, Inc.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 15, 2022