JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
KYLE J. HOYT, ESQ.
Nevada Bar No. 14886
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: kyle.hoyt@jacksonlewis.com

*Attorneys for Defendant*
*Tesla Motors, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LYNN THOMPSON,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA MOTORS, INC.; ONQGLOBAL, INC.; DOES 1-50,<br><br>Defendants. | Case No. 3:21-cv-00238-HDM-WGC<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF THEIR MOTIONS TO DISMISS [ECF Nos. 42 AND 44] AND REPLY IN SUPPORT OF DEFENDANT TESLA MOTORS, INC.'S MOTION TO CONFIRM ARBITRATION AWARD [ECF No. 45]**<br><br>**(FIRST REQUEST)** |

Plaintiff Lynn Thompson ("Plaintiff"), through his counsel HKM Employment Attorneys, and Defendant Tesla Motors, Inc. ("Tesla"), through its counsel Jackson Lewis P.C. and Defendant OnQGlobal, Inc. ("OnQ"), through its counsel Fennemore Craig, P.C., pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, hereby stipulate and agree as follows:

1.      On June 1, 2022, OnQ filed its Motion to Dismiss Plaintiff's Complaint [ECF No. 42].

2.      On June 3, 2022, Tesla filed its Motion to Dismiss Plaintiff's Complaint [ECF No. 44] and also filed a Motion to Confirm Arbitration Award [ECF No. 45]. No hearing date has been set for any of these motions.

3.      On June 28, 2022, Plaintiff filed oppositions to OnQ's Motion to Dismiss [ECF No. 54], Tesla's Motion to Dismiss [ECF No. 55], and Tesla's Motion to Confirm Arbitration Award

JACKSON LEWIS P.C
LAS VEGAS

1

[ECF No. 56]. Replies to the Plaintiff's oppositions are currently due July 5, 2022.

4.      Counsel for Defendant Tesla's offices are closed during July 4 and July 5 due to Independence Day. During the remainder of the week of July 4, lead counsel for Tesla has a deposition and settlement conference scheduled in other matters. Additional counsel for Tesla will be out of the office attending to a family member who will require medical care.

5.      The Parties wish to have all replies due on the same date and thus, have agreed to an extension of time for Defendants Tesla and OnQ to file replies in supporting of their respective pending motions [ECF Nos. 42, 44, and 45] up to and including July 15, 2022. This is the first request for an extension of time to reply to the oppositions.

6.      This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1        7.      Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect

2   of or be construed as waiving any claim or defense held by any party hereto.

3        DATED this 30th day of June, 2022.

HKM EMPLOYMENT ATTORNEYS LLP     JACKSON LEWIS P.C.

*/s/ Jenny L. Foley*                             */s/ Kyle J. Hoyt*
JENNY L. FOLEY, ESQ.                     JOSHUA A. SLIKER, ESQ.
101 Convention Center Drive            Nevada Bar No. 12493
Suite 600                              KYLE J. HOYT, ESQ.
Las Vegas, Nevada 89109              Nevada Bar No. 14886
                                    300 S. Fourth Street
*Attorney for Plaintiff*                Suite 900
*Lynn Thompson*                      Las Vegas, Nevada 89101

                                    *Attorneys for Defendant*
FENNEMORE CRAIG, P.C.           *Tesla Motors, Inc.*

*/s/ Shannon S. Pierce*
SHANNON S. PIERCE, ESQ.
Nevada Bar No. 12471
9275 W. Russel Road
Suite 240
Las Vegas, Nevada 89148

*Attorneys for Defendant*
*OnQGlobal, Inc.*

**ORDER**

IT IS SO ORDERED:

Howard D McKibben

United States District Court Judge /
United States Magistrate Judge

Dated:      June 30, 2022