**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LYNN THOMPSON,<br><br>                              Plaintiff,<br><br>  v.<br><br>TESLA MOTORS, INC., and ONQGLOBAL, INC.,<br><br>                              Defendants. | 3:21-cv-00238-HDM-CSD<br><br>**ORDER** |

On June 29, 2022, the court stayed discovery pending the resolution of Tesla's motion to dismiss. (ECF No. 58.)

On November 2, 2022, District Judge Howard D. McKibben issuing an order denying Tesla's motion to dismiss without prejudice to renew at the close of discovery in a motion for summary judgment. (ECF No. 70.)

**IT IS HEREBY ORDERED** that within **twenty (20) days** of the date of this Order, the parties shall meet and confer and file a Stipulated Discovery Plan and Scheduling Order for the court's approval.

DATED: November 4, 2022.

_____
UNITED STATES MAGISTRATE JUDGE