# EXHIBIT 1

**Damas, Gabriela**

| | |
|---|---|
| **From:** | Beavers, Wade <WBeavers@fennemorelaw.com> |
| **Sent:** | Wednesday, November 30, 2022 10:52 AM |
| **To:** | Hoyt, Kyle J. (Las Vegas); Arata, Mike; Foley, Jenny |
| **Cc:** | Damas, Gabriela; 36f4c7597+matter1414394927@maildrop.clio.com; Pierce, Shannon; Sliker, Joshua A. (Las Vegas) |
| **Subject:** | RE: Thompson v. Tesla Motors Inc., et al. -- Proposed stipulated discovery plan and scheduling order |

You don't often get email from wbeavers@fennemorelaw.com. Learn why this is important

Mike,

Thank you. I'm also fine with that change. You may apply my e-signature for OnQ.

Wade

**Wade Beavers,** Associate
T: 775.788.2208  | F:  775.788.2283
wbeavers@fennemorelaw.com

**From:** Hoyt, Kyle J. (Las Vegas) <Kyle.Hoyt@jacksonlewis.com>
**Sent:** Wednesday, November 30, 2022 10:02 AM
**To:** Arata, Mike <marata@hkm.com>; Beavers, Wade <WBeavers@fennemorelaw.com>; Foley, Jenny <JFoley@hkm.com>
**Cc:** Damas, Gabriela <gdamas@hkm.com>; 36f4c7597+matter1414394927@maildrop.clio.com; Pierce, Shannon <SPierce@fennemorelaw.com>; Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>
**Subject:** RE: Thompson v. Tesla Motors Inc., et al. -- Proposed stipulated discovery plan and scheduling order

I am fine with this change. You may sign for me.

Thanks,



**Kyle J. Hoyt** (He/Him)
Attorney at Law

**Jackson Lewis P.C.**
300 S. Fourth Street
Suite 900
Las Vegas, NV 89101
Direct: (702) 921-2457 | Main: (702) 921-2460
Kyle.Hoyt@jacksonlewis.com | www.jacksonlewis.com

**From:** Arata, Mike <marata@hkm.com>
**Sent:** Wednesday, November 30, 2022 9:28 AM
**To:** Hoyt, Kyle J. (Las Vegas) <Kyle.Hoyt@jacksonlewis.com>; Beavers, Wade <WBeavers@fennemorelaw.com>; Foley, Jenny <JFoley@hkm.com>

1

**Cc:** Damas, Gabriela <gdamas@hkm.com>; 36f4c7597+matter1414394927@maildrop.clio.com; Pierce, Shannon <SPierce@fennemorelaw.com>; Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>
**Subject:** RE: Thompson v. Tesla Motors Inc., et al. -- Proposed stipulated discovery plan and scheduling order

[EXTERNAL SENDER]

Hi Wade and Kyle:

I've accepted all of your proposed changes except for some of the language in Section 2. Please review the proposed language and let me know if this version is acceptable to you for submission to the Court.

Thanks again,
Mike



702-674-9270
marata@hkm.com
www.hkm.com

Mike Arata
Attorney

101 Convention Center Drive, Suite 600
Las Vegas, NV 89109

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boston | Charlotte | Chicago | Denver
Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New York | Phoenix
Pittsburgh | Portland | San Diego | Seattle | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

---

**From:** Hoyt, Kyle J. (Las Vegas) <Kyle.Hoyt@jacksonlewis.com>
**Sent:** Tuesday, November 29, 2022 10:00 AM
**To:** Arata, Mike <marata@hkm.com>; Beavers, Wade <WBeavers@fennemorelaw.com>; Foley, Jenny <JFoley@hkm.com>
**Cc:** Damas, Gabriela <gdamas@hkm.com>; 36f4c7597+matter1414394927@maildrop.clio.com; Pierce, Shannon <SPierce@fennemorelaw.com>; Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>
**Subject:** RE: Thompson v. Tesla Motors Inc., et al. -- Proposed stipulated discovery plan and scheduling order

Thank you Mike and Jenny for preparing this. I'm in agreement with all of Wade's changes and have proposed some limited additional changes as well.

Kyle



**Kyle J. Hoyt** (He/Him)
Attorney at Law

**Jackson Lewis P.C.**

2

300 S. Fourth Street
Suite 900
Las Vegas, NV 89101
Direct: (702) 921-2457 | Main: (702) 921-2460
Kyle.Hoyt@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Arata, Mike <marata@hkm.com>
**Sent:** Tuesday, November 29, 2022 9:18 AM
**To:** Beavers, Wade <WBeavers@fennemorelaw.com>; Foley, Jenny <JFoley@hkm.com>
**Cc:** Damas, Gabriela <gdamas@hkm.com>; 36f4c7597+matter1414394927@maildrop.clio.com; Pierce, Shannon <SPierce@fennemorelaw.com>; Hoyt, Kyle J. (Las Vegas) <Kyle.Hoyt@jacksonlewis.com>; Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>
**Subject:** RE: Thompson v. Tesla Motors Inc., et al. -- Proposed stipulated discovery plan and scheduling order

[EXTERNAL SENDER]

Thanks, Wade.

Josh, do you have any additional proposed edits?

Thanks,
Mike



702-674-9270
marata@hkm.com
www.hkm.com

Mike Arata
Attorney

101 Convention Center Drive, Suite 600
Las Vegas, NV 89109

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boston | Charlotte | Chicago | Denver
Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New York | Phoenix
Pittsburgh | Portland | San Diego | Seattle | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

---

**From:** Beavers, Wade <WBeavers@fennemorelaw.com>
**Sent:** Tuesday, November 29, 2022 7:39 AM
**To:** Arata, Mike <marata@hkm.com>; Foley, Jenny <JFoley@hkm.com>
**Cc:** Damas, Gabriela <gdamas@hkm.com>; 36f4c7597+matter1414394927@maildrop.clio.com; Pierce, Shannon <SPierce@fennemorelaw.com>; kyle.hoyt@jacksonlewis.com; Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>
**Subject:** RE: Thompson v. Tesla Motors Inc., et al. -- Proposed stipulated discovery plan and scheduling order

Mike, Jenny,

3

Thank you for the draft scheduling order.  Attached are Fennemore Craig's suggested revisions to the draft, in track changes.

Wade

Wade Beavers
Associate



7800 Rancharrah Parkway, Reno, NV 89511
T: 775.788.2208  |  F:  775.788.2283
wbeavers@fennemorelaw.com   |   View Bio

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**From:** Arata, Mike <marata@hkm.com>
**Sent:** Monday, November 28, 2022 2:12 PM
**To:** Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>; kyle.hoyt@jacksonlewis.com; Hood, Sean <SHood@fennemorelaw.com>; Pierce, Shannon <SPierce@fennemorelaw.com>; Beavers, Wade <WBeavers@fennemorelaw.com>
**Cc:** Foley, Jenny <JFoley@hkm.com>; Damas, Gabriela <gdamas@hkm.com>; 36f4c7597+matter1414394927@maildrop.clio.com
**Subject:** Thompson v. Tesla Motors Inc., et al. -- Proposed stipulated discovery plan and scheduling order

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

Counsel:

Here is a draft stipulated discovery plan and scheduling order for your review in the above-referenced case.

Please let us know if you have any suggested edits or if we are authorized to submit the stipulated plan to the Court with your e-signatures.

Thanks,
Mike Arata



| | 702-674-9270 |
| --- | --- |
| | marata@hkm.com |
| | www.hkm.com |

Mike Arata
Attorney

101 Convention Center Drive, Suite 600
Las Vegas, NV 89109

4

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boston | Charlotte | Chicago | Denver
Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New York | Phoenix
Pittsburgh | Portland | San Diego | Seattle | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*