1  JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
2  E-mail: jfoley@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
3  101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
4  Tel: (702) 805-8340
Fax: (702) 805-8340
5  *Attorneys for Plaintiff*
6

7                     UNITED STATES DISTRICT COURT
8                          DISTRICT OF NEVADA

9   LYNN THOMPSON,                          CASE NO.: 3:21-cv-00238-HDM-CSD
10                  Plaintiff,              STIPULATION AND ORDER TO
11                                          EXTEND TIME FOR PLAINTIFF TO FILE
    vs.                                     HIS REPLY IN SUPPORT OF MOTION
12                                          FOR LEAVE TO FILE FIRST AMENDED
    TESLA MOTORS, INC.; ONQGLOBAL,          COMPLAINT
13  INC.; DOES 1-50,
                                            (FIRST REQUEST)
14                  Defendants.
15

16

17        Plaintiff LYNN THOMPSON ("Plaintiff"), and Defendants TESLA MOTORS, INC.

18  ("Tesla") and ONQGLOBAL, INC. ("OnQ"), by and through their respective attorneys of

19  record, hereby submit that Plaintiff shall have an extension of time up to and including Monday,

20  January 23, 2023, in which to file a reply in support of Plaintiff's Motion for Leave to File First

21  Amended Complaint. [ECF 78]. This Stipulation is submitted and based upon the following:

22        1.  On December 5, 2022, Plaintiff filed his Motion for Leave to File First Amended

23            Complaint ("Motion"). [ECF 78].

24        2.  On January 5, 2023, Defendants filed their respective responses along with

25            supporting papers to Plaintiff's Motion. [ECF 81-85].

26        3.  Plaintiff's reply brief in support of his Motion is currently due January 12, 2023.

27

28  **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HIS REPLY IN
SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (FIRST REQUEST)**
Page **1** of **3**

4. Unfortunately, Plaintiff's counsel has an on-going family emergency that is limiting her ability to prepare the reply brief. Plaintiff's counsel requests additional time to consult with Plaintiff and to prepare the brief.

5. As such, the parties have agreed to continue the due date for Plaintiff's reply brief to Monday, January 23, 2023.

6. This is the first request to extend the deadline for Plaintiff's reply brief in support of his Motion [ECF 78] and is not made for purposes of undue delay.

Dated: January 9, 2023.

HKM EMPLOYMENT ATTORNEYS, LLP

/s/ *JENNY L. FOLEY*
JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

JACKSON LEWIS P.C.

/s/ *KYLE J. HOYT*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
E-mail: joshua.sliker@jacksonlewis.com
KYLE J. HOYT, ESQ.
Nevada Bar No. 14886
E-mail: kyle.hoyt@jacksonlewis.com
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
*Attorneys for Defendant Tesla Motors, Inc.*

FENNEMORE CRAIG, P.C.
/s/ *SHANNON S. PIERCE*
SEAN HOOD, ESQ.
Nevada Bar No. 10371
E-mail: shood@fennemorelaw.com
SHANNON S. PIERCE, ESQ.
Nevada Bar No. 12471
E-mail: spierce@fennemorelaw.com
WADE BEAVERS, ESQ.
Nevada Bar No. 13451
E-mail: wbeavers@fennemorelaw.com
9275 W. Russel Road, Suite 240
Las Vegas, Nevada 89148
Tel: (702) 692-8000
Fax: (702) 692-8099
*Attorneys for Defendant OnQGlobal, Inc.*

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HIS REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (FIRST REQUEST)**
Page **2** of **3**

1          ORDER

2    IT IS SO ORDERED:

3    _____

4    UNITED STATES MAGISTRATE JUDGE
     CASE NO.: 3:21-cv-00238-HDM-CSD

5

6    DATED: January 9, 2023 _____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HIS REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (FIRST REQUEST)**
     Page **3** of **3**

# EXHIBIT 1

**Damas, Gabriela**

| | |
|---|---|
| **From:** | Pierce, Shannon <SPierce@fennemorelaw.com> |
| **Sent:** | Monday, January 9, 2023 9:58 AM |
| **To:** | Hoyt, Kyle J. (Las Vegas); Arata, Mike; Foley, Jenny |
| **Cc:** | Damas, Gabriela; 36f4c7597+matter1414394927@maildrop.clio.com; Sliker, Joshua A. (Las Vegas); Beavers, Wade |
| **Subject:** | RE: Thompson v. Tesla Motors Inc., et al. -- Reply Briefs re: Motion for Leave |

Same here.

Shannon S. Pierce, she/her
Director



7800 Rancharrah Parkway, Reno, NV 89511
T: 775.788.2260 | F: 775.788.2279
spierce@fennemorelaw.com | View Bio
Nevada, California



**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Hoyt, Kyle J. (Las Vegas) <Kyle.Hoyt@jacksonlewis.com>
**Sent:** Monday, January 9, 2023 9:57 AM
**To:** Arata, Mike <marata@hkm.com>; Pierce, Shannon <SPierce@fennemorelaw.com>; Foley, Jenny <JFoley@hkm.com>
**Cc:** Damas, Gabriela <gdamas@hkm.com>; 36f4c7597+matter1414394927@maildrop.clio.com; Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>; Beavers, Wade <WBeavers@fennemorelaw.com>
**Subject:** RE: Thompson v. Tesla Motors Inc., et al. -- Reply Briefs re: Motion for Leave

Thanks Mike – this looks good to me and can be submitted with my signature.

**Kyle J. Hoyt** (He/Him)
Attorney at Law

**Jackson Lewis P.C.**
300 S. Fourth Street
Suite 900
Las Vegas, NV 89101
Direct: (702) 921-2457 | Main: (702) 921-2460
Kyle.Hoyt@jacksonlewis.com | www.jacksonlewis.com

1

**From:** Arata, Mike <marata@hkm.com>
**Sent:** Monday, January 9, 2023 9:44 AM
**To:** Hoyt, Kyle J. (Las Vegas) <Kyle.Hoyt@jacksonlewis.com>; Pierce, Shannon <SPierce@fennemorelaw.com>; Foley, Jenny <JFoley@hkm.com>
**Cc:** Damas, Gabriela <gdamas@hkm.com>; 36f4c7597+matter1414394927@maildrop.clio.com; Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>; Beavers, Wade <WBeavers@fennemorelaw.com>
**Subject:** RE: Thompson v. Tesla Motors Inc., et al. -- Reply Briefs re: Motion for Leave

**[EXTERNAL SENDER]**

Hi Shannon and Kyle:

Here is the proposed stipulation extending the reply brief due date for your review and approval.

Please let me know if you have any edits or if we can submit the stipulation with your electronic signatures.

Thanks again,
Mike



702-674-9270
marata@hkm.com
www.hkm.com

Mike Arata
Attorney

101 Convention Center Drive, Suite 600
Las Vegas, NV 89109

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boston | Charlotte | Chicago | Denver
Houston | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New York
Phoenix | Pittsburgh | Portland | San Diego | Seattle | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

**From:** Arata, Mike
**Sent:** Monday, January 9, 2023 9:18 AM
**To:** Hoyt, Kyle J. (Las Vegas) <Kyle.Hoyt@jacksonlewis.com>; Beavers, Wade <WBeavers@fennemorelaw.com>; Foley, Jenny <JFoley@hkm.com>
**Cc:** Damas, Gabriela <gdamas@hkm.com>; 36f4c7597+matter1414394927@maildrop.clio.com; Pierce, Shannon <SPierce@fennemorelaw.com>; Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>
**Subject:** RE: Thompson v. Tesla Motors Inc., et al. -- Reply Briefs re: Motion for Leave

Thank you, Shannon and Kyle. Your courtesy is greatly appreciated. We will prepare the stipulation.



702-674-9270
marata@hkm.com
www.hkm.com

2

Mike Arata
Attorney

101 Convention Center Drive, Suite 600
Las Vegas, NV 89109

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boston | Charlotte | Chicago | Denver
Houston | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New York
Phoenix | Pittsburgh | Portland | San Diego | Seattle | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

---

**From:** Hoyt, Kyle J. (Las Vegas) <Kyle.Hoyt@jacksonlewis.com>
**Sent:** Monday, January 9, 2023 9:16 AM
**To:** Arata, Mike <marata@hkm.com>; Beavers, Wade <WBeavers@fennemorelaw.com>; Foley, Jenny <JFoley@hkm.com>
**Cc:** Damas, Gabriela <gdamas@hkm.com>; 36f4c7597+matter1414394927@maildrop.clio.com; Pierce, Shannon <SPierce@fennemorelaw.com>; Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>
**Subject:** RE: Thompson v. Tesla Motors Inc., et al. -- Reply Briefs re: Motion for Leave

Yes an extension to the 23rd is fine.



## Kyle J. Hoyt (He/Him)
## Attorney at Law

**Jackson Lewis P.C.**
300 S. Fourth Street
Suite 900
Las Vegas, NV 89101
Direct: (702) 921-2457 | Main: (702) 921-2460
Kyle.Hoyt@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Arata, Mike <marata@hkm.com>
**Sent:** Monday, January 9, 2023 9:13 AM
**To:** Hoyt, Kyle J. (Las Vegas) <Kyle.Hoyt@jacksonlewis.com>; Beavers, Wade <WBeavers@fennemorelaw.com>; Foley, Jenny <JFoley@hkm.com>
**Cc:** Damas, Gabriela <gdamas@hkm.com>; 36f4c7597+matter1414394927@maildrop.clio.com; Pierce, Shannon <SPierce@fennemorelaw.com>; Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>
**Subject:** Thompson v. Tesla Motors Inc., et al. -- Reply Briefs re: Motion for Leave

**[EXTERNAL SENDER]**

Hi Wade and Kyle:

We've received your clients' respective responses to Plaintiff's Motion for Leave to File First Amended Complaint.

The replies are currently due January 12, 2023. Are your clients willing to stipulate to extend the due date to January 23, 2023? If so, we can prepare the stipulation.

Please let me know if you would like to discuss this further, (702) 674-9270.

Thanks,
Mike



702-674-9270
marata@hkm.com
www.hkm.com

Mike Arata
Attorney

101 Convention Center Drive, Suite 600
Las Vegas, NV 89109

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boston | Charlotte | Chicago | Denver
Houston | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New York
Phoenix | Pittsburgh | Portland | San Diego | Seattle | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*