UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LYNN THOMPSON,<br><br>                Plaintiff,<br><br>  v.<br><br>TESLA MOTORS, INC.,<br>ONQGLOBAL, INC.,<br><br>                Defendants. | 3:21-cv-00238-HDM-CSD<br><br>**ORDER**<br><br>Re: ECF No. 91 |

      Before the court is the motion of Jenny L. Foley, Esq., of the law firm HKM Employment Attorneys, LLP, to withdraw as counsel for Plaintiff. (ECF No. 91.) There does not seem be a proof of service indicating that the motion was served on the Plaintiff.

      Plaintiff's counsel shall file a Certificate of Service **within five (5) days** of the date of this order reflecting that service of the Motion to Withdraw as Counsel (ECF No. 91) has been effected on the Plaintiff in the above-captioned matter.

      **IT IS SO ORDERED.**

      DATED: May 31, 2023.

                                                          _____
                                                         UNITED STATES MAGISTRATE JUDGE