MILAN CHATTERJEE, ESQ.
Nevada Bar No. 15159
Milan@MilansLegal.com
MILAN'S LEGAL
3172 N. Rainbow Blvd, #1406
Las Vegas, NV 89108
Telephone: (702) 381-2875
*Attorney for Lynn Thompson*

KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
170 South Green Valley Parkway
Suite 300
Henderson, Nevada 89012
Telephone: 702.318.7375

*Attorneys for Lynn Thompson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LYNN THOMPSON, | CASE NO.: 3:21-cv-00238-HDM-CSD |
| Plaintiff, | PLAINTIFF'S SUBSTITUTION OF ATTORNEYS |
| vs. | |
| TESLA MOTORS, INC; ONQGLOBAL, INC.; DOES 1-15, | |
| Defendants. | |

Plaintiff Lynn Thompson hereby notifies the Court and all interested parties that he has retained Milan Chatterjee and Kathleen Bliss to represent him in all matters related to this case. Mr. Chatterjee and Ms. Bliss are hereby substituted for prior counsel, R. Samuel Ehlers, currently

Page 1

of the law firm of Aldridge-Pite, LLP, and formerly of Watkins and Letofsky, LLP, whose representation terminated in 2021. All court filings, papers and correspondence of any kind related to this case shall forthwith be directed to the attention of Mr. Chatterjee and Ms. Bliss.

1. I request and consent to this substitution.

   *[signature]*
   Lynn Thompson                                    Dated: 7/23/2023

2. I consent to this substitution:

   s/s Kathleen Bliss                               Dated: 07/21/2023
   Kathleen Bliss, Esq.
   KATHLEEN BLISS LAW PLLC
   Nevada Bar No. 7606
   170 South Green Valley Parkway
   Suite 300
   Henderson, Nevada 89012
   Telephone: 702.318.7375

   *Attorney for Lynn Thompson*

3. I consent to this substitution:

   s/s Milan Chatterjee                             Dated: 07/21/2023
   Milan Chatterjee
   MILAN CHATTERJEE, ESQ.
   Nevada Bar No. 15159
   Milan@MilansLegal.com
   MILAN'S LEGAL
   3172 N. Rainbow Blvd, #1406
   Las Vegas, NV 89108
   Telephone: (702) 381-2875
   *Attorney for Lynn Thompson*

4. I consent to this substitution:

    s/s R. Samuel Ehlers             Dated: 07/21/2023
R. Samuel Ehlers
Senior Associate Attorney
Nevada Bar No. 9313
Aldridge | Pite, LLP

9205 West Russell Road Building 3, Suite 240
Las Vegas, NV 89148
Direct: (702) 991-4634
Fax: (619) 590-1385
sehlers@aldridgepite.com

Upon the consent of Plaintiff and counsel, SUBSTITUTION IS HEREBY ORDERED:

Dated: July 24, 2023

*C S D* (signature)

United States Magistrate Judge