**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LYNN THOMPSON,<br><br>            Plaintiff,<br>    v.<br><br>TESLA MOTORS, INC., and ONQGLOBAL, INC.,<br><br>            Defendants. | Case No. 3:21-cv-00238-HDM-CSD<br><br>**ORDER** |

This action is referred to Judge Craig Denney for purposes of conducting a settlement conference at a time convenient to the court and counsel.

IT IS SO ORDERED.

DATED: this 1st day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE