|   |   |
|---|---|
| 1 | KATHLEEN BLISS, ESQ. |
| 2 | Nevada Bar No. 7606 |



```
     X   FILED           _____ RECEIVED
    ____ ENTERED         _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              JAN 9, 2024

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA

BY: _____ DEPUTY
```

KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
KATHLEEN BLISS LAW, PLLC
170 South Green Valley Parkway
Suite 300
Henderson, NV 89012
Telephone: (702) 318-7375

MILAN CHATTERJEE, ESQ.
Nevada Bar No. 15159
Milan@MilansLegal.com
MILAN'S LEGAL
3172 N. Rainbow Blvd, #1406
Las Vegas, NV 89108
Telephone: (702) 381-2875
*Attorneys for Lynn Thompson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LYNN THOMPSON,<br><br>                Plaintiff,<br><br>vs.<br><br>TESLA MOTORS, INC; ONQGLOBAL, INC.; DOES 1-15,<br><br>                Defendants. | **CASE NO.: 3:21-cv-00238-HDM-CSD**<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(Third Request)** |

      Plaintiff LYNN THOMPSON, by and through his attorneys of record Milan Chatterjee, Esq. and Kathleen Bliss, Esq., Defendant TESLA MOTORS, INC., by and through its attorney of record Joshua Sliker, Esq., and Defendant ONQGLOBAL, INC., by and through its attorney of record Wade Beavers, Esq., stipulate to extending the current deadline for dispositive motions from January 12, 2024 to **January 23, 2024**, due to the scheduling of a Settlement Conference for January 16, 2024. This stipulation is based on LR IA 6-1 and LR 26-3.

Pursuant to LR IA 6-1, the parties recite that this is the third stipulation to extend the dispositive motion deadline in this case. The current January 12, 2024 dispositive motion deadline was set by order dated September 1, 2023 (*see* ECF No. 113) following substitution of Plaintiff's counsel in this matter. Subsequent thereto, the Court scheduled a mandatory settlement conference in this case to occur January 16, 2024. *See* ECF No. 119 (Court's December 6, 2023 *Order Scheduling Video Settlement Conference*).

Pursuant to LR 26-3, the parties submit that good cause exists to continue the dispositive motions deadline for a limited eleven (11) day period so that the parties may conserve resources and expenses and focus energy on preparing for the January 16, 2024 mandatory settlement conference. The current dispositive motion deadline falls four (4) days before the settlement conference. The parties are asking that the new deadline fall seven (7) <u>after</u> the settlement conference. In the event this matter is resolved at the conference, the need for dispositive motions would be obviated and the parties would be saved the associated expense.

The parties are mindful of the existing trial date in this matter of May 21, 2024 (*see* ECF No. 115 Minute Order setting trial), however they do not believe that the limited extension sought herein will interfere with the parties' ability to complete full briefing of dispositive motions and submit the same to the Court for decision well before the April 17, 2024 calendar call in this matter (*see id.*).

Based on the foregoing, the parties respectfully submit that good cause exists to grant the requested limited extension and continue the deadline for dispositive motions from January 12, 2024 to **January 23, 2024**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 | **IT IS SO STIPULATED.**

2 | Dated this 8th day of January, 2024.      Dated this 8th day of January, 2024.

3 | **MILAN'S LEGAL**      **FENNEMORE CRAIG, P.C.**

4 |

5 | */s/ Milan Chatterjee, Esq.*      */s/ Wade Beavers, Esq.*
**MILAN CHATTERJEE, ESQ.**      **WADE BEAVERS, ESQ.**
6 | Nevada Bar No. 15159      Nevada Bar No. 13451
7 | 3172 N. Rainbow Blvd., 1406      7800 Rancharrah Parkway
Las Vegas, NV 89108      Reno, NV 89511
8 | Tel: (702) 381-2875      Tel: (775) 788-2208
Email: Milan@MilansLegal.com      Email: WBeavers@fennemorelaw.com
9 | *Attorney for Lynn Thompson*      *Attorney for OnQGlobal, Inc.*

10 |

11 | Dated this 8th day of January, 2024.

12 | **JACKSON LEWIS, P.C.**

13 |

14 | */s/ Joshua A. Sliker, Esq.*
**JOSHUA A. SLIKER, ESQ.**
15 | Nevada Bar No. 12493
16 | 300 S. Fourth Street
Suite 900
17 | Las Vegas, NV 89101
Tel: (702) 921-2460
18 | Email: Joshua.Sliker@jacksonlewis.com
*Attorney for Tesla Motors, Inc.*
19 |

20 | **ORDER**

21 | Good cause appearing,

22 | IT IS SO ORDERED.

23 |

24 | DATED this 9th day of January, 2023.

25 |

26 |

27 | _____
UNITED STATES MAGISTRATE JUDGE
28 |

Page 3 of 3

| | |
|---|---|
| **Subject:** | RE: Dispositive Motions Deadline - Thompson v. Tesla, et al. |
| **Date:** | Monday, January 8, 2024 at 6:19:40 PM Pacific Standard Time |
| **From:** | Sliker, Joshua A. (Las Vegas) |
| **To:** | Beavers, Wade, Milan Chatterjee |
| **CC:** | Pierce, Shannon, Kathleen Bliss |
| **Attachments:** | image005.png, image006.png, image331647.png |

These additions are fine with me.



**Joshua A. Sliker** (He/Him)
Attorney at Law

**Jackson Lewis P.C.**
300 S. Fourth Street
Suite 900
Las Vegas, NV 89101
Direct: (702) 921-2486 | Main: (702) 921-2460
Joshua.Sliker@Jacksonlewis.com | www.jacksonlewis.com

**From:** Beavers, Wade <WBeavers@fennemorelaw.com>
**Sent:** Monday, January 8, 2024 6:01 PM
**To:** Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>; Milan Chatterjee <milan@milanslegal.com>
**Cc:** Pierce, Shannon <SPierce@fennemorelaw.com>; Kathleen Bliss <kb@kathleenblisslaw.com>
**Subject:** RE: Dispositive Motions Deadline - Thompson v. Tesla, et al.


Thanks, Milan.  I think the Court will want us to include the form language set forth in LR IA 6-1 as well as a short paragraph detailing why the settlement conference creates "good cause" for the alteration of the deadline as required in LR 26-3.  See my requested revisions in the attached.

Wade


**Wade Beavers,** Director
T: 775.788.2208  | F:  775.788.2283
wbeavers@fennemorelaw.com

**From:** Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>
**Sent:** Monday, January 8, 2024 5:49 PM
**To:** Milan Chatterjee <milan@milanslegal.com>; Beavers, Wade <WBeavers@fennemorelaw.com>
**Cc:** Pierce, Shannon <SPierce@fennemorelaw.com>; Kathleen Bliss <kb@kathleenblisslaw.com>
**Subject:** RE: Dispositive Motions Deadline - Thompson v. Tesla, et al.

Hi Milan,

You have permission to affix my e-signature to the stipulation.

Thanks.

Josh



**Joshua A. Sliker** (He/Him)
Attorney at Law

**Jackson Lewis P.C.**
300 S. Fourth Street
Suite 900
Las Vegas, NV 89101
Direct: (702) 921-2486 | Main: (702) 921-2460
Joshua.Sliker@Jacksonlewis.com | www.jacksonlewis.com

---

**From:** Milan Chatterjee <milan@milanslegal.com>
**Sent:** Monday, January 8, 2024 5:30 PM
**To:** Beavers, Wade <WBeavers@fennemorelaw.com>
**Cc:** Pierce, Shannon <SPierce@fennemorelaw.com>; Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>; Kathleen Bliss <kb@kathleenblisslaw.com>
**Subject:** Re: Dispositive Motions Deadline - Thompson v. Tesla, et al.

Please see the attached Stipulation and Order. Please let us know if we can use your signature and file. Thanks.

Best regards,
Milan Chatterjee, Esq.
Founder & Managing Member



Phone Number: 1 (702) 381-2875
Licensed in California, Nevada, and New York
**Texas Bar Admission Pending**
Website: MilansLegal.com

CONFIDENTIALITY NOTICE: Because the sender is an attorney, the information in this e-mail (including any attachments) is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate this information. If you received this e-mail in error, please call the sender immediately and notify the sender via e-mail that you have received the e-mail in error and are deleting it. The sender disclaims any responsibility for any loss or damages arising from any virus or defect associated with this e-mail.

---

**From:** Beavers, Wade <WBeavers@fennemorelaw.com>
**Date:** Monday, January 8, 2024 at 1:48 PM
**To:** Milan Chatterjee <milan@milanslegal.com>
**Cc:** Pierce, Shannon <SPierce@fennemorelaw.com>, Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@jacksonlewis.com>, Kathleen Bliss <kb@kathleenblisslaw.com>
**Subject:** RE: Dispositive Motions Deadline - Thompson v. Tesla, et al.

Milan,

Let us know if we should expect to look for a draft stipulation from your office in relation to the dispositive motion deadline.

Sincere thanks,

Wade

---

**From:** Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>
**Sent:** Friday, January 5, 2024 11:57 PM
**To:** Kathleen Bliss <kb@kathleenblisslaw.com>; Beavers, Wade <WBeavers@fennemorelaw.com>
**Cc:** Milan Chatterjee <milan@milanslegal.com>; Pierce, Shannon <SPierce@fennemorelaw.com>
**Subject:** RE: Dispositive Motions Deadline - Thompson v. Tesla, et al.

Tesla agrees to the extension as well.

 **Joshua A. Sliker** (He/Him)
Attorney at Law

**Jackson Lewis P.C.**
300 S. Fourth Street
Suite 900
Las Vegas, NV 89101
Direct: (702) 921-2486 | Main: (702) 921-2460
Joshua.Sliker@Jacksonlewis.com | www.jacksonlewis.com

**From:** Kathleen Bliss <kb@kathleenblisslaw.com>
**Sent:** Friday, January 5, 2024 8:05 AM
**To:** Beavers, Wade <WBeavers@fennemorelaw.com>
**Cc:** Milan Chatterjee <milan@milanslegal.com>; Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>; Pierce, Shannon <SPierce@fennemorelaw.com>
**Subject:** Re: Dispositive Motions Deadline - Thompson v. Tesla, et al.

Thanks, Wade.
Sent from my iPhone

> On Jan 5, 2024, at 7:45 AM, Beavers, Wade <WBeavers@fennemorelaw.com> wrote:

**Wade Beavers,** Director
T: 775.788.2208  | F:  775.788.2283
wbeavers@fennemorelaw.com

Milan,

For OnQ, we would stipulate to the extension you propose below.

Wade

**Wade Beavers**
Director

<0.png>

7800 Rancharrah Pkwy, Reno, NV 89511
T: 775.788.2208  | F:  775.788.2283
wbeavers@fennemorelaw.com   |   View Bio

<1.png><2.png><4.png> <3.png>

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

Page 4 of 5

**From:** Milan Chatterjee <milan@milanslegal.com>
**Sent:** Tuesday, January 2, 2024 11:34 AM
**To:** Joshua.Sliker@jacksonlewis.com; Beavers, Wade <WBeavers@fennemorelaw.com>; Pierce, Shannon <SPierce@fennemorelaw.com>
**Cc:** Kathleen Bliss <kb@kathleenblisslaw.com>
**Subject:** Dispositive Motions Deadline - Thompson v. Tesla, et al.
**Importance:** High

Dear Counsel,

As you know, the Court has ordered a settlement conference for 1/16. Our dispositive motions are due 1/12.

In light that we now need to prepare for the settlement conference, I wanted to see if you're willing to stipulate to extending the dispositive motions deadline to 1/23.

Please advise.

Best regards,
Milan Chatterjee, Esq.
Founder & Managing Member

<image001.png>


Phone Number: 1 (702) 381-2875
Licensed in California, Nevada, and New York
**Texas Bar Admission Pending**
Website: MilansLegal.com

CONFIDENTIALITY NOTICE: Because the sender is an attorney, the information in this e-mail (including any attachments) is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use, or disseminate this information. If you received this e-mail in error, please call the sender immediately and notify the sender via e-mail that you have received the e-mail in error and are deleting it. The sender disclaims any responsibility for any loss or damages arising from any virus or defect associated with this e-mail.