Shannon S. Pierce, Esq. (NSBN 12471)
Wade Beavers, Esq. (NSBN 13451)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel: (775) 788-2200 / Fax: (775) 788-2283
Email: spierce@fennemorelaw.com;
wbeavers@fennemorelaw.com

*Attorneys for OnQGlobal, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LYNN THOMPSON,<br><br>                    Plaintiff,<br><br>vs.<br><br>TESLA MOTORS, INC.; ONQGLOBAL, INC., DOES 1-50;<br><br>                    Defendants. | Case No.  3:21-cv-00238-HDM-CSD<br><br>ORDER GRANTING **STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF ONQGLOBAL, INC. WITH PREJUDICE** |

Plaintiff Lynn Thompson ("Plaintiff"), Defendant OnQGlobal, Inc. ("OnQ"), and Defendant Tesla Motors, Inc., hereby stipulate through their counsel pursuant to Federal Rule of Civil Procedure 41 that all claims and causes of action asserted by Plaintiff in this matter against OnQ be dismissed with prejudice,

//
//
//
//
//
//
//
//
//

FENNEMORE CRAIG
ATTORNEYS
RENO, NEVADA
(775) 788-2200

42105414.1/047250.0002

1    with OnQ and Plaintiff to bear their own fees and costs.

2    **IT IS SO STIPULATED.**

3    Dated this 8th day of February, 2024.        Dated this 8th day of February, 2024.

**FENNEMORE CRAIG, P.C.**

_/s/ Wade Beavers_                _/s/ Milan Chaterjee_
Shannon S. Pierce, Esq. (NSBN 12471)    MILAN's LEGAL
Wade Beavers, Esq. (NSBN 13451)       Milan Chaterjee, Esq. (NSBN 15159)
7800 Rancharrah Parkway             3172 N. Rainbow Blvd., 1406
Reno, Nevada 89511                 Las Vegas, Nevada 89108

_Attorneys for OnQGlobal, Inc._        KATHLEEN BLISS LAW, PLLC
                             Kathleen Bliss, Esq. (NSBN 7606)
                             170 South Green Valley Parkway, Suite 300
                             Henderson, Nevada 89102

                             _Attorneys for Plaintiff Lynn Thompson_

Dated this 8th day of February, 2024.

**JACKSON LEWIS, P.C.**

_/s/ Joshua A. Sliker_
Joshua A. Sliker, Esq. (NSBN 12493)
300 S. Fourth Street
Las Vegas, Nevada 89101

_Attorneys for Defendant Tesla Motors, Inc._

**IT IS SO ORDERED**

DATED this 8th day of February, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE