JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Tesla Motors, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LYNN THOMPSON, | Case No. 3:21-cv-00238-HDM-CSD |
| Plaintiff, | ORDER GRANTING |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF TESLA MOTORS, INC. WITH PREJUDICE** |
| TESLA MOTORS, INC.; ONQGLOBAL, INC.; DOES 1-50, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JACKSON LEWIS P.C
LAS VEGAS

1

Plaintiff Lynn Thompson ("Plaintiff"), Defendant Tesla Motors, Inc. ("Tesla"), and Defendant OnQGlobal, Inc. ("OnQ"), hereby stipulate and agree, through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that all claims and causes of action asserted by Plaintiff in this matter against Tesla shall be dismissed with prejudice, with Tesla and Plaintiff to each bear their own fees and costs.

DATED this 8th day of February, 2024.

MILAN'S LEGAL

*/s/Milan Chatterjee*
MILAN CHATTERJEE, ESQ.
Nevada Bar No. 15159
3172 N. Rainbow Blvd., 1406
Las Vegas, Nevada 89108

KATHLEEN BLISS LAW, PLLC
Kathleen Bliss, Esq. (NSBN 7606)
170 South Green Valley Parkway, Suite 300
Henderson, Nevada 89102

*Attorneys for Plaintiff Lynn Thompson*

FENNEMORE CRAIG, P.C.

*/s/ Wade Beavers*
WADE BEAVERS, ESQ.
Nevada Bar No. 13451
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148

*Attorneys for Defendant*
*OnQ Global, Inc.*

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Tesla Motors, Inc.*

**ORDER**

IT IS SO ORDERED:

Hon. Howard D. McKibben
United States District Court Judge

Dated: February 8, 2024